UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **GLORIA R.C.D.R.,** | Civil Action No. 20-11582 (SRC) |
| **Petitioner,** | |
| v. | **ORDER** |
| **STEVEN AHRENDT, et al.,** | |
| **Respondents.** | |

**IT APPEARING THAT:**

1. On August 27, 2020, Petitioner, Gloria R.C.D.R.., filed the instant petition for a writ of habeas corpus challenging her continued immigration detention. (ECF No. 1).

2. On September 3, 2020, this Court directed the Government to file an answer to the petition. (ECF No. 2).

3. On September 17, 2020, the Government filed its Response. (ECF No. 3). Petitioner thereafter filed a reply. (ECF No. 5). The parties also submitted further briefing in October and early November 2020. (ECF Nos. 8-9, 11).

4. On November 19, 2020, however, Petitioner filed a letter with the Court informing the Court that Petitioner has been released on an order of supervision. (ECF No. 12). As Petitioner is no longer in custody and sought only her release in her petition, Petitioner therefore requests that this habeas petition be dismissed without prejudice as moot. (*Id.*).

5. Because Petitioner's habeas petition sought only her release from immigration detention, and as Petitioner has now been released from detention pursuant to an order of supervision, this Court no longer has any occasion to provide Petitioner with meaningful relief, and her habeas petition must therefore be dismissed without prejudice. *See, e.g.*, *Nunes v. Decker*,

480 F. App'x 173, 175 (3d Cir. 2012); *Rodney v. Mukasey*, 340 F. App'x 761, 764 (3d Cir. 2009); *Sanchez v. Att'y Gen.*, 146 F. App'x 547, 549 (3d Cir. 2005).

**IT IS THEREFORE** on this 20th day of November, 2020,

**ORDERED** that Petitioner's petition for a writ of habeas corpus (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon the parties electronically, and shall **CLOSE** the file.

s/ Stanley R. Chesler
Hon. Stanley R. Chesler,
United States District Judge